UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, N.A., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ANN R. SCHILDKNECHT et al., : <br> : <br> Defendants. : <br> : | Civil Action No. 20-677 (SRC) <br><br> **OPINION & ORDER** |

**CHESLER**, District Judge

This matter comes before the Court on the motion by Defendant Ellen Heine ("Heine") for reconsideration of the Opinion and Order dated July 30, 2020, which granted the motion to remand filed by Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo"). On that same date, after this Court's Order was filed, the Clerk of this Court mailed the remand transmittal letter to the Superior Court of New Jersey. That act of mailing terminated this Court's jurisdiction to take any further action in this case. "[A] district court loses jurisdiction over a case once it has completed the remand by sending a certified copy of the remand order to the state court." Trans Penn Wax Corp. v. McCandless, 50 F.3d 217, 225 (3d Cir. 1995). This Court lacks jurisdiction to consider the motion for reconsideration, which must be denied.

For these reasons,

**IT IS** on this 16th day of November, 2020

**ORDERED** that Defendant's motion for reconsideration (Docket Entry No. 29) is **DENIED**.

   s/Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.